[No. 11437-6-III.    Division Three.    June 22, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO BOLANOS GOMEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-00080-3, Robert N. Hackett, Jr., J., entered March 1, 1991. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Munson, J.

[No. 12129-1-III.    Division Three.    June 24, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCELLOUS T. GUY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 91-1-00347-9, Dennis D. Yule, J., entered December 18, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Sweeney, JJ.

[No. 11281-1-III.    Division Three.    June 24, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. HECTOR M. LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-1-01697-3, F. James Gavin, J., entered December 20, 1990. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Thompson, JJ.